UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONNA CANTY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. 3:18-CV-05810-RJB-DWC

CORRECTED ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed Defendant's Stipulated Motion for Remand, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 13).

(2) The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings consistent with the Report and Recommendation.

(3) The Clerk is ordered to enter judgment for Plaintiff.

Dated this 17th day of April, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge

CORRECTED ORDER ADOPTING REPORT AND RECOMMENDATION - 1